IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Magistrate No. 23-82<br>**[UNDER SEAL]** |
| SHAWN DENNING | |

## <u>AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT</u>

I, Brian J. Hanley, being first duly sworn, hereby depose and state as follows:

1.       I am a Special Agent with the Drug Enforcement Administration (DEA) and have been since December of 2001. I have received sixteen weeks of specialized training in narcotics investigations at the DEA training academy located in Quantico, Virginia. I was assigned to the Long Island District Office from December of 2001 to August of 2003. I was assigned to the Rochester, New York Resident Office from August of 2003 to March of 2019. I have been assigned to the Pittsburgh, PA District Office since March of 2019. During this time, I have participated in cases involving the distribution of cocaine, cocaine base, heroin, methamphetamine, MDMA, fentanyl, marijuana, Gama Hydroxy Butrate (GHB), and anabolic steroids. My participation in these cases has included, but is not limited to, the monitoring and recording of court-authorized Title III interceptions; execution of search warrants; undercover operations; direction of confidential sources; and the debriefing of defendants and others involved in the distribution and consumption of illegal drugs. I am familiar with how controlled substances are obtained, diluted, packaged, distributed, sold, and used within the framework of drug trafficking in the Western District of Pennsylvania. I have also been trained in and am familiar with the use of electronic devices to include but not limited to the internet and social media used in the distribution of narcotics.

2.      I am a law enforcement officer charged with investigating possible violations of federal criminal laws, including Title 21, United States Code, Sections 841(a) (distribute and possess with intent to distribute a controlled substance) and 846 (attempts and conspiracies to distribute and possess with intent to distribute a controlled substance).

3.      I make this affidavit in support of an application for a criminal complaint charging Shawn DENNING with the following crimes:

    a.   Count One:  Aiding and abetting the distribution of a quantity of cocaine, a Schedule II controlled substance, in and around November 2021, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C), and 18 U.S.C. § 2;

    b.   Count Two:  Aiding and abetting the distribution of a quantity of cocaine, a Schedule II controlled substance, in and around February 2022, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C), and 18 U.S.C. § 2;

    c.   Count Three:   Aiding and abetting the distribution of a quantity of methamphetamine, a Schedule II controlled substance, in and around January 2022 through February 2022, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C), and 18 U.S.C. § 2;

    d.   Count Four:   Aiding and abetting the distribution of a quantity of methamphetamine, a Schedule II controlled substance, in and around May 2022, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C), and 18 U.S.C. § 2;

    e.   Count Five:  Aiding and abetting the attempted distribution of a quantity of methamphetamine, a Schedule II controlled substance, in and around July 2022,

contrary to the provisions of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C), in violation of 21 U.S.C. § 846 and 18 U.S.C. § 2; and

f.   Count Six:  Conspiracy to possess with the intent to distribute and distribute quantities of Schedule II controlled substances, in and around June 2021 through October 2022, contrary to the provisions of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C), in violation of 21 U.S.C. § 846.

4.      I am aware that, under Title 18, United States Code, Section 2, whoever "aids, abets, counsels, commands, induces or procures" the commission of an offense against the United States is punishable as a principal.

5.      The following allegations are based upon your Affiant's personal observations, training and experience, along with information obtained from other agents, law enforcement personnel, and witnesses.  This affidavit is submitted for the limited purpose of establishing probable cause.  Accordingly, it does not include every fact known to me in connection with this investigation.

## **PROBABLE CAUSE**

6.      Confidential Source 1 (CS1) has been cooperating with the DEA since approximately 2019.  CS1 has prior convictions for access device fraud and has been arrested for retail theft.  CS1 may be facing federal charges related to theft of government property and distribution of marijuana in an unrelated investigation.  CS1 is cooperating in this case in the hopes of receiving a more lenient sentence on these potential federal charges.  I believe the information provided by CS1 is reliable because it has been corroborated by other evidence gathered in this investigation, including electronic messages, audio and video recordings, and physical surveillance.

7.      In and around the summer of 2021, CS1 met Shawn DENNING, who was then a Captain in the Greensburg Police Department.  In or around March 2022, DENNING was promoted to the Chief of Police of the Greensburg Police Department.  In 2021, CS1 received information that DENNING could obtain narcotics and that DENNING's "girl," Brittany Peglow, was a user of narcotics.

8.      In and around the summer of 2021, CS1 spoke to DENNING in person and told DENNING that CS1 knew that DENNING was a law enforcement officer, but that CS1 had heard that DENNING could get CS1 drugs.  DENNING and CS1 had an initial conversation about drugs in person in which CS1 expressed interest in purchasing cocaine.  DENNING and CS1 discussed prices for cocaine, and ultimately DENNING told CS1 to contact him on Facebook.

9.      CS1 and DENNING also exchanged phone numbers.  Subpoenaed information revealed that the telephone number provided to CS1 by DENNING is subscribed to DENNING at his home address. On or about July 23, 2021, DENNING texted CS1 the following picture, which appears to show a narcotics field-test often used by law enforcement showing a positive result for cocaine:



10.     On or about September 14, 2021, CS1 contacted DENNING via Facebook Messenger. Subpoenaed information has revealed that this Facebook account is associated with

DENNING. In addition, CS1 showed your Affiant the Facebook page associated with this account and it includes a photograph of an individual I know to be DENNING based on other photographs and evidence obtained in this investigation. DENNING told CS1 that if CS1 wanted to "ask [DENNING] a few things" that CS1 should download the Wickr app because "it's encrypted and safe for us both. If you choose to do that search jarhead3307."

11. On or about September 15, 2021, CS1 contacted jarhead3307 on the Wickr app as directed by DENNING. The following conversation ensued:

> CS1: Just downloaded it. Is this shawn? Never used this app before.
>
> jarhead3307: Yep. It's how all the heavy hitters conduct business it's encrypted so virtually impossible to be intercepted ever.

12. Jarhead3307 (DENNING) messaged CS1 on Wickr that DENNING was "not really in the mix" of the sale of drugs but that he did get prices. DENNING conveyed the following prices for cocaine: "Gram is 100 and 8ball is 250"; "Zip-1500"; and "Can get prices for larger if needed or lbs of flower, x, roide, etc." Based on my training and experience, I know an "8ball" to be a codeword for approximately 3.5 grams of cocaine, a "zip" to be a codeword for an ounce of cocaine, "x" to be a reference to ecstasy, and "roide" to be a reference to steroids.

13. CS1 told DENNING that CS1 would have to talk to the other person CS1 worked with about the prices: "I can talk to my boy cause we're half and prob he will say a little high. I'll check with him though." DENNING responded, "I ain't messed with it in a long time so I can't speak on its quality but my homeboy ███████ has got from this guy so I'll ask him." CS1 asked about how the money would work in the transaction, and DENNING responded that "You'll pay dude either Bitcoin, cashapp, then boom it's at your door."

14. On or about September 27, 2021, CS1 told DENNING, "My friend reached out to me about an 8ball. And my boys in Vegas." DENNING responded, "I don't really mess with it I

just know the dude who can deliver it to your door step."  Later in the conversation, DENNING told CS1 that "My buddy ███ ordered a ball and said its top notch."  DENNING also later said, "Would u want that delivered to your house"?  CS1 asked if CS1 could get it straight from DENNING and DENNING responded that "My ███ buddy buys it on the regular but not from me just this online nyc connect so I rarely actually see it but I have and know it's legit."

### Count One

15.     On or about November 12, 2021, CS1 and DENNING had the following conversation on Wickr:

CS1:          What's up buddy?  Would you may be [*sic*] able to find any of that for me?

DENNING:   I'm with my kids but I'll message dude to see if he minds if I relay his info to you.

CS1:          Ok sounds good.

DENNING:   [sent the following picture of what appears to be cocaine]



CS1:          Wow nice.  What's the #s

DENNING:   Source 1

He will be expecting you to message him.  But  you'll need Venmo to pay him.

CS1:          Huh.  And venmo fine but need a contact.

DENNING:   The name I sent you – Source 1 – that's the contact.

6

CS1:            Huh. Huh. Figured that now.  Dumb ass on my part.  Ok I'll
                hit him up in about 20 min

16.    On or about November 15, 2021, CS1 reached out to [Source 1] on Wickr as directed by DENNING.  CS1 said, "What's up.  Shawn gave me your contact into for #s on different weights.  Lmk [let me know] what's available.  He also sent a pic which looked pretty good."

17.    Also on or about November 15, 2021, DENNING reached out to CS1 on Wickr and asked, "Did you hit dude up"?  CS1 replied, "Yes.  Just waiting to hear back."

18.    On or about November 16, 2021, [Source 1] responded to CS1, "What's good? What You need?"  CS1 responded, "Looking for #s on different weights.  Shawn said you would handle that."  [Source 1] said, "What's your requests?" and then sent a menu of drugs he could supply, including "Fish scale," which, based on my training and experience, is code for cocaine. CS1 responded, "What's the #s on the fish scales this week. Might want some other stuff also based on the menu."  [Source 1] said "What amount?" CS1 then responded, "8 ball and maybe possibly a quarter.  Depending on the number."  [Source 1] answered "8ball is 250 and qtr is 450." Based on my training and experience, I believe [Source 1] informed CS1 that an eighth of an ounce of cocaine would cost $350 and a quarter of an ounce would cost $450.

19.    On or about November 18, 2021, [Source 1] sent CS1 Venmo payment information for a "[                                    ]" and instructed CS1 to pay that account.  CS1 asked [Source 1] who would "take care of," or pay, "Shawn."  [Source 1] asked, "Who is Shawn?" and CS1 responded "Jarhead3307 sorry."  [Source 1] said he didn't know but that "I just hit him."

20.     On or about November 18, 2021, your Affiant gave CS1 $500 for CS1 to deposit into a bank account connected to Venmo to complete the transaction to ███Source 1███ Your Affiant observed CS1 send $450 to the account provided by ███Source 1███ for the cocaine.

21.     That same day, November 18, 2021, CS1 asked DENNING about ███Source 1███

CS1:            Is this guy cool cause he said he doesn't know you and I'm not trying to get beat.  I'm ready to rock n roll.

DENNING:       He don't know my name nor should he ever.  Yeah I vouch for him.

CS1:            Ok good with me.  Who takes care of you me or him?  I know everyone got to eat$.

DENNING:       I don't sell anything man I just know folks is all.  Dude will handle it all he's trustworthy.

CS1:            [sent three thumbs up emojis]

DENNING:       He's all about clean high quality product.

CS1:            You've had his stuff before happy[?]

DENNING:       Nah but one of my best friends does on the regular in ██████.

CS1:            All good order in.  Sure I can't do anything for you?

DENNING:       He's a shitty communicator and I know the method is odd but it will come.  What did you grab?

CS1:            Quarter coke for 450.

DENNING:       . . . Anyways lemme know what you think of it when the pack lands

CS1:            Will do.

22.     On or about November 19, 2021, CS1 reached out to ███Source 1███ on Wickr to inquire about the status of the package.  ███Source 1███ told CS1 that "Nothing moved today."

23.     On or about November 21, 2021, CS1 messaged DENNING on Wickr and asked DENNING if he could look into what was going on with ███Source 1███ and CS1's order.  DENNING

responded "Ok someone I know was trying to get ahold of him last night for something. He's shitty communicator." Later in the conversation, DENNING told CS1 that he checked with [Source 1] and "He said he's running slow but it will go out tomorrow he said."

24. On or about November 23, 2021, [Source 1] sent CS1 tracking information for the package.

25. On or about November 23, 2021, the package with the tracking number provided by [Source 1] was seized by the United States Postal Service in the Pittsburgh area. It had a return address in California.

26. On or about November 24, 2021, DENNING messaged CS1 on Wickr: "What address you use for shipping I'm trying to get tracking." CS1 conveyed the tracking number to DENNING on or about November 25, 2021. DENNING replied, "Appears all good. Says 11/27," indicating that DENNING had tracked the package using the number provided.

27. On or about November 26, 2021, your Affiant took custody of the package, which contained approximately seven grams of a substance that field-tested positive for cocaine in a plastic baggie with money signs on it.

28. On that same day, November 26, 2021, CS1 messaged [Source 1] on Wickr that CS1 had received the package and it looked good. CS1 also messaged DENNING on Wickr, "Got today looks good." DENNING responded, "I know it's an odd system but I'm glad it worked out."

29. DENNING later messaged CS1 on Wickr: "How's quality"? CS1 replied "Really good gonna be getting some more soon."

30.     A laboratory analysis was performed on the suspected cocaine.  The laboratory analysis confirmed that the substance contained cocaine, with a net weight of 6.949 grams, plus or minus 0.003 grams.

31.     The investigation into Venmo account ████████████████ (provided by ████████ revealed that it belongs to "████████████" from ████ California.  The information shows that ████████ also received two payments from "████████████" of ████████ ($████████ in August and November 2021, for "████████████").  A telephone toll analysis of DENNING's phone number (as confirmed by law enforcement as explained above) revealed that DENNING and ████████ were in contact with each other over 100 times from October 17, 2021, to November 16, 2021.  As noted above, DENNING told CS1 that his friend ████████ had purchased from ████████  The Venmo information and toll analysis are consistent with that.

**Count Two**

32.     In January 2022 and February 2022, ████████ and CS1 discussed CS1 buying more cocaine from ████████  For example, on February 1, 2022, CS1 messaged ████████ on Wickr, "Also want to get a Oz of fish scale," referring to an ounce of cocaine.  Later in the conversation, CS1 messaged, "What about the Oz"?  ████████ responded, "The stuff is pretty good.  It's not my normal pick up.  I can sell it to you for 12."  Based on my training and experience, and as will be explained further, ████████ was referring to a price of $1,200 for the ounce of cocaine.

33.     ████████ instructed CS1 that CS1 would have to "make 4 300 payments" over Venmo for this shipment.  ████████ sent a different Venmo address for payment this time: "████████████████."

34.     On or about February 2, 2022, your Affiant gave CS1 $1,200 to deposit into a bank account connected to Venmo to complete the transaction to [Source 1]

35.     Then, as instructed by [Source 1] CS1 sent four payments of $300 each—two on February 2, 2022, and two on February 3, 2022—as payment for the ounce of cocaine.

36.     Over the next few days, CS1 messaged DENNING and [Source 1] on Wickr inquiring about the status of the shipment.  CS1 also messaged DENNING about the purchase of narcotics from another source of supply [Source 2], which is described below in Count Three, that was occurring in this same time frame.  In response to CS1's request that DENNING reach out to the drug suppliers, DENNING responded "if you ordered off [Source 2] he never sends shipping but he's legit as they come it will land.  I reached out to [Source 1] he never answers me or rarely does.  Most of the legit guys don't send tracking it's just another way of running in to issues with remaining anonymous."

37.     On or about February 10, 2022, [Source 1] explained that he had been sick but was now "up and running."  He asked CS1, "what do I owe you?'  CS1 responded "1 oz of coke." [Source 1] responded "Done," and later sent CS1 a tracking number.

38.     On or about February 16, 2022, the package with the tracking number provided by [Source 1] was seized by the United States Postal Service in the Pittsburgh area.  It had a return address in California.  Your Affiant took custody of the package, which contained approximately one ounce of a substance that field-tested positive for cocaine.

39.     A laboratory analysis was performed on the suspected cocaine.  The laboratory analysis confirmed that the substance contained cocaine, with a net weight of 28.1 grams (plus or minus .2 grams).

**Count Three**

40.　　On or about the week of January 10, 2022, CS1 and DENNING had the following

conversation on Wickr:

CS1:　　　　What's up?  Do you know anyone else who can get ecstasy.  Your boy can't get any right now no, but I'm going to get blow from him cus it's real good.

DENNING:　Yeah I know like 5 people looking for anything specific?  How many?

DENNING:　[sent the following picture]



DENNING:　I'll have to make sure this plug is cool if you hit him up but if I vouch for you he will.  The top are E pills.

CS1:　　　　Ok thx

DENNING:　Lemme know when your looking to grab and I'll relay his info to you.

CS1:　　　　Okay I'll let you know is he local or do I have to send away for it

DENNING:    All these guys are California west coast folks but are trust worthy with top notch product

CS1:    Nice.

I'll let you know soon as my boy gets back to me on how much we want to get. A bunch of people down this way are starting to Dabble in meth. They got to.

DENNING:    No one I know messes with that.

CS1:    Ok if you hear of anyone let me know.

How many of the Ecstasy would I be able to get for 500? And the adderal 30 each how many do you have to get to get the discount

DENNING:    I asked my dude.

For $500 you can get about 28.

And the addy I can give you a discount around 25 of themp

For the E tho, for $650 you get 50

41.    Based on my training and experience, the picture sent by DENNING to CS1 was a menu of controlled substances available for purchase, including LSD, mushrooms, ketamine, and Adderall. Then, at the end of this quoted conversation, DENNING conveyed prices for certain of those controlled substances, including $500 for 28 pills of Ecstasy and $650 for 50 pills of Ecstasy. DENNING also conveyed to CS1 that he could get a discount on Adderall if he bought 25 pills or more.

42.    In and around early February 2022, CS1 and DENNING had the following conversation on Wickr:

CS1:    Did you ever reach out to that guy to see if it's okay for me to contact them about getting some of those ecstasy pills

DENNING:    I think the guy would help you.

CS1:    Ok can you get me the info again. It auto deleted from before. Wanna get some x.

DENNING:        [Source 2]

CS1:            Ok I'll hit him up.  Thx.

43.     CS1 then reached out to [Source 2] on Wickr and said "Shawn gave me your info.  He said your cool and can get me a few things.  Looking for Extasy and some other stuff.  He said you will have a list.  Thx." [Source 2] responded with the <u>same picture that DENNING had already sent CS1</u> with the menu of narcotics and prices.

44.     [Source 2] and CS1 proceeded to negotiate a sale of narcotics.  [Source 2] informed CS1 that, when CS1 was ready, CS1 would pay [Source 2] in CashApp under the account "[blacked out] [blacked out]."  CS1 asked, "How many Addy for $500," referring to the Adderall listed on [Source 2's] menu.  [Source 2] responded "100," referring to the number of Adderall tablets [Source 2] would sell for that price.  I know from my training and experience that "Adderall" pills sold illegally, often referred to as "Addys", are often in fact methamphetamine.  Both Adderall (amphetamine) and methamphetamine are Schedule II controlled substances under federal law.

45.     On or about February 9, 2022, CS1 confirmed to [Source 2] that CS1 would order 100 tablets of Adderall for $500.

46.     On or about February 9, 2022, your Affiant gave CS1 $500 to deposit into a bank account connected to CashApp to complete the transaction to [Source 2] CS1 then sent the $500 to the CashApp account [Source 2] provided.

47.     As explained above, CS1 messaged DENNING on Wickr about the status of CS1's purchases from [Source 2] and [Source 1] which both occurred around this timeframe.  DENNING responded, "if you ordered off [Source 2] he never sends shipping but he's legit as they come it will land.  I reached out to [Source 1] he never answers me or rarely does.  Most of the legit guys don't send tracking it's just another way of running in to issues with remaining anonymous."

14

48.     On or about February 11, 2022, ███Source 2███ told CS1 on Wickr that the package would arrive that day.

49.     On or about February 11, 2022, the package that contained the name and address that CS1 had provided to ███Source 2███ was seized by the United States Postal Service in the Pittsburgh area.  It had a return address in California.

50.     On or about February 11, 2022, CS1 messaged ███Source 2███ that CS1 got the package and it looked good. ███Source 2███ responded with a thumbs up emoji.

51.     On or about February 14, 2022, your Affiant took custody of the package, which contained 100 tablets of Adderall.

52.     A laboratory analysis was performed on the tablets.   The laboratory analysis confirmed that the tablets contained methamphetamine, with a net weight of 40.152 grams, plus or minus 0.003 grams, with an "amount of pure substance" of 2.007 grams, plus or minus 0.441 grams.

53.     The investigation into CashApp account ███provided by Source 2███ revealed that the name associated with the account was "████████" with an address in ████████ California. This address is consistent with the January 10, 2022, conversation CS1 had with DENNING wherein DENNING noted, "All these guys are California west coast folks but are trust worthy with top notch product." This address is also consistent with the return address associated with the shipment outlined in Count 3.

**Count Four**

54.     On or about May 16, 2022, CS1 messaged DENNING on Wickr asking if DENNING had heard from [Source 1] or [Source 2] because CS1 had not heard back from them. DENNING replied that "[Source 2] always replies [Source 1] dude is busy in vegas at a festival I think."

55.     Shortly thereafter, [Source 2] messaged CS1 a menu of drugs, and quoted CS1 a price of $10 per tablet of Adderall, among other things.

56.     On or about May 25, 2022, CS1 messaged [Source 2] on Wickr that CS1 would like to order 200 of the Adderall tablets but asked if CS1 could get a "little but extra" since CS1 was spending $2,000. [Source 2] responded "Yes sir I can do that." [Source 2] sent CS1 his CashApp information to scan to pay: "[redacted]," [Source 2] stated again that "[redacted]" was his CashApp account name. [Source 2] also stated the package would likely go out "Today/tomorrow."

57.     On or about May 25, 2022, your Affiant gave CS1 $2,000 to deposit into a bank account connected to CashApp to complete the transaction to [Source 2] CS1 then sent the $2,000 to the CashApp account [Source 2] provided.

58.     CS1 sent a message to [Source 2] to send the package to a specific address in Pittsburgh, Pennsylvania, but CS1 mistakenly typed the address incorrectly.  On or about May 31, 2022, the postal carrier attempted to deliver the package to the address that CS1 had mistakenly provided to [Source 2] but the residents did not accept it.  The package was turned over to the DEA on or about May 31, 2022, once the error was discovered.  The package had a return address in California. The package contained 225 Adderall tablets.  As with Count 3, the return address is consistent with the address provided by CashApp for [Source 2].

59.     A laboratory analysis was performed on the tablets.   The laboratory analysis confirmed that the tablets contained methamphetamine, with a net weight of 104.281 grams, plus or minus 0.003 grams, with an "amount of pure substance" of 4.171 grams, plus or 1.023 grams.

60.     In addition, the transactional records from CashApp revealed that ▮▮▮▮▮▮ (▮Source 2▮ and ▮▮▮▮▮▮ (▮Source 1▮ exchanged funds via Cash App.  Between October and December of 2021, ▮Source 2▮ paid $4,350 to ▮Source 1▮ in nine transactions.  Between October and November of 2021, ▮Source 1▮ paid $3,200 to ▮Source 2▮ in three transactions.

61.     The transactional records from CashApp also revealed that a CashApp account associated with DENNING paid ▮Source 2▮ $110 on April 1, 2022, and $110 on April 12, 2022.  In addition, a Cash App account associated with DENNING's girlfriend, Brittany Peglow, paid ▮Source 2▮ $110 on November 5, 2021 and $110 on December 8, 2021.

62.     In addition, ▮▮▮▮▮ (see above describing DENNING toll analysis and previous transactions with ▮Source 1▮ also made payments to ▮Source 2▮ from November 2021 through April 2022 totaling approximately $4,770.  Also, in August 2022, ▮▮▮▮▮ paid $1,980.00 to ▮Source 2▮.  This transaction was done in succession with several declined attempts from ▮▮▮▮▮ to pay $1,980.00 to ▮Source 2▮ ▮▮▮▮▮.  A residency inquiry revealed that ▮▮▮▮▮ resides with ▮▮▮ ▮▮▮.

**Count Five**

63.     On or about May 26, 2022, CS1 messaged DENNING on Wickr that CS1 had purchased 200 Adderal tablets from ▮Source 2▮  DENNING responded, "I have a better connection for addy at $5 a piece not sure what he charged."  CS1 told DENNING that he had paid $10 per tablet

from ▊▊▊ and that, "When I get rid of these real fast try to hook up with him since it's a better deal." DENNING told CS1 that CS1 would "need to get the Signal app to communicate with this dude." DENNING then listed the new source's prices as 10 for $80, 20 for $140, 50 for $250, and a bottle of 90 for $400. Based on my training and experience, DENNING was conveying that the new source's prices were $80 for 10 pills of Adderall, $140 for 20 pills of Adderall, $250 for 50 pills of Adderall, and $400 for 90 pills of Adderall.

64.     On or about July 5, 2022, CS1 messaged DENNING on Wickr, "You ever talk to your new guy on signal? It wouldn't let us connect. I'm ready to get some more school supplies." DENNING responded, "Yeah I hit him up today actually waiting to hear back."

65.     On or about July 6, 2022, DENNING messaged CS1 on Wickr that the new source of supply "finally answered my homegirl just ordered 100. He's heading to ship an order if u want anything." DENNING asked if he could give the new source of supply CS1's phone number because the new source of supply was having difficulty contacting CS1 on the Signal app. CS1 agreed. DENNING told CS1 that "He says hes gonna hit u up. He lets them go at $5 each." Based on my training and experience, DENNING told CS1 that the new source would sell CS1 Adderall pills at $5 per pill.

66.     Shortly thereafter, the CS received a text message from ▊▊▊▊▊▊. This text message explained that it was from "Shawns homie with the As." Based on my training and experience, I believe that "the As" is a reference to the Adderall pills. CS1 said that CS1 would call him later. The source of supply explained to do it quickly because he could then send "those packs out today," referring to CS1's and DENNING's packages.

67.     Back on the Wickr app, DENNING asked CS1 if he got the new source's message, and CS1 confirmed that CS1 had received the message.

68.     Then, on the Signal app, CS1 received a message from " [Source 3] :"Yo! Is this Shawns homie?"  CS1 replied "Got it," and then asked for prices on Adderall. [Source 3] quoted CS1 "$500 a jar of addys," among other things.  CS1 said CS1 would contact the source the following day, and [Source 3] responded, "Damn right well lmk asap cuz I was tryna get all my packs out at once.  Don't like going to the PO more than once."  They discussed that the payment would occur over CashApp, and then [Source 3] reiterated that "any way we can get this done today though?  If not it's cool but the homie Shawn wants his stuff out today."

69.     On or about July 12, 2022, CS1 reached out to [Source 3] on the Signal app and told him, "Sorry been crazy busy.  What can you do for $500 on the Addys?" [Source 3] responded he could supply a jar of 100 tablets for that price.  This is $5 each as DENNING had told CS1. [Source 3] provided the CashApp account name "▮▮▮▮▮▮▮."

70.     The transactional records from CashApp received in the investigation revealed that the name associated with the CashApp account ▮▮▮▮▮▮ was "[Source 3] with addresses in ▮▮▮▮▮▮ California and ▮▮▮ Arizona.

71.     Shortly thereafter, your Affiant gave CS1 $500 to deposit into a bank account connected to CashApp to complete the transaction to [Source 3] CS1 then sent the $500 to the CashApp account [Source 3] provided.  CS1 provided [Source 3] with an address in Pittsburgh to which to send the package.

72.     The transactional records from Block, Inc. revealed a transaction on July 12, 2022, wherein CS1 paid $500 to "▮▮▮" for "▮▮▮."

73.     In the following days, [Source 3] gave CS1 various excuses for why he had not yet sent the package with the Adderall tablets. [Source 3] promised in one text message that "I got 125 pills for

19

each of u," which, based on the communications, your Affiant believes to mean that ████ would send both CS1 and DENNING 125 pills each to make up for the delay.

74.     CS1 messaged DENNING on Facebook, "Hey what's up with Source 3 giving me a possible run around," to which DENNING replied, "I don't know the dude at all he's dicked around before but it's always arrived."

75.     CS1 also messaged DENNING on Wickr asking if DENNING would message Source 3 to "see what's up."  DENNING agreed.  The next day, CS1 messaged, "Did you hear back from him by chance?  Feeling like I'm getting beat.  You get your stuff from him the other day?" DENNING responded, "He was having some Alleged personal issue he told me he would get them out today."  CS1 replied, "Ok thanks for checking.  Hope he does," and then stated, "Hey sorry about sending anything thru Facebook.  Totally forgot.  Just getting frustrated . . . ."  DENNING responded, "Usually this dude gets it out quick so I've been told.  It will come."  Later, DENNING told CS1 that he had messaged Source 3 "but he hasn't replied theres another order out there not sent yet also."

76.     Later in the chain of messages, DENNING told CS1 that Source 3 is "dicking around but it will be Sent."  CS1 responded, "Yeah but when?  My boys busting my balls."  DENNING later messaged that he was "getting pissed off" at Source 3 and later asked CS1 if he had "heard from that prick?"

77.     CS1 later asked DENNING, "What are we going to do about it?"  DENNING responded, "I told u people I know used him many many times I don't know this dude at all.  You think this is my fault respectfully your wrong.  You think Im going to pay lost money.  My people are out a large chuck of change also.  I'm not trying to be a fucking dick but I don't do that shit I

don't get packages but people I know do and they vouched over and over for him now they are screwed also."

78. Then DENNING sent CS1 a message that [Source 3] had sent to DENNING in which [Source 3] told DENNING that [Source 3] had stopped selling for the most part but was going to start up again soon and promised to "send u guys each 150 after I get paid on Friday."

79. On or about September 16, 2022, CS1 contacted DENNING via the Wickr App and asked if DENNING had heard anything from [Source 3] DENNING answered, "I message that bitch all the time no reply I'm gonna find out his real name and fuck wit him." During this conversation CS1 also talked to DENNING about going to an upcoming Corn Hole Tournament in Ellwood City, Pennsylvania. Both DENNING and CS1 agreed to meet at the tournament. Also during this conversation, CS1 explained that CS1 wanted to purchase a set of "724" corn hole bags that were being sold for a limited time. CS1 offered to get a set for DENNING if he wanted them. DENNING answered that he might be interested and told CS1 to let him know what they had. DENNING gave CS1 his Venmo account information "████████" so that CS1 could send him a payment request. DENNING also stated, "I think about you getting burned man I know I still owe u at very least you can have them all white anarchy X at elek tourney. I vouched for that motherfucker and he burned 2 of y'all. I ain't letting that shit slide Imma figure out a way to get that dude." CS1 answered "Sounds good we'll talk about everything up at Elek."

80. On October 5, 2022, CS1 contacted DENNING via the Wickr app and asked who DENNING was playing with at the tournament on October 8th. DENNING answered "my gf." Later in the conversation, DENNING told CS1 "I'll link up with you there my homegirl just ordered 100 add for $400 from that [Source 2] dude that's only $4 each." Based on my training and experience, DENNING told CS1 that DENNING's "homegirl" had recently ordered 100 pills of

Adderall from ███ for $4 per pill.  CS1 responded "wish I'd had known I'd have had you get me some too at the same time."

### Meeting with/Recording of DENNING

81.     On October 8, 2022, Task Force Officer (TFO) William Churilla and Special Agent (SA) Benjamin McPherson met with CS1 to make preparations for CS1 to meet with DENNING at the Elek Brown Memorial Cornhole Tournament taking place at Franklin Community Park on Walnut Street in Ellwood City, PA.  TFO Churilla and SA McPherson searched CS1 and CS1's vehicle for narcotics and/or weapons with negative results and gave CS1 recording/transmitting devices.  TFO Churilla and SA McPherson then followed the CS to the park.

82.     At approximately 10:20 AM, TFO Churilla and SA McPherson (on foot) observed DENNING in the registration line of the event.  DENNING was wearing a black shirt, camouflage pants, and a black stocking cap.  TFO Churilla and SA McPherson also observed Brittany Peglow with DENNING at the tournament. Both DENNING and Peglow are known to TFO Churilla and SA McPherson based upon photographs obtained during this investigation from social media and the Department of Motor Vehicles.  After registering, TFO CHURILLA and SA McPherson observed DENNING retrieve a set of corn hole bags from his gym bag and walk towards CS1.

83.     At approximately 10:30 AM, TFO Churilla and SA McPherson observed DENNING and CS1 meet and talk briefly.  CS1 and DENNING were standing alone by a tent in an open area.  SA McPherson and TFO Churilla observed DENNING hand the corn hole bags to CS1 and talk for a few minutes.  CS1 and DENNING then separated.  SA McPherson and TFO Churilla then followed CS1 to a predetermined meet location.  There SA McPherson and TFO Churilla searched CS1 and CS1's vehicle with negative results.  CS1 turned over the transmitter/recording devices and the corn hole bags to TFO Churilla.

84.     A review of the recording of the meeting between CS1 and DENNING revealed the

following conversation:

|  |  |  |
|---|---|---|
| CS1: | Hey Shawn.  What's going on?  What's the word? |
| DENNING: | Good. |
| CS1: | I saw you standing over there man. |
| DENNING: | Little token of my… (handing CS1 the cornhole bags) |
| CS1: | No, no no.  Don't worry about it.  It aint worth it na, na. |
| DENNING: | I been holding on to you (unintelligible) that one is on me it is on me. |
| CS1: | What I don't need them; that one's on me. |
| DENNING: | I know it ain't square, but it gives you a little something. |
| CS1: | Na Na I don't need these. |
| DENNING: | No man listen man hey it's bad business. |
| CS1: | Um did you find anything out about him? What is it ███Source 3███ or whatever? |
| DENNING: | All I know is that he is from Arizona and he fucking got my home girl too for 500 too so; that motherfucker. He messaged me back so many times- I am just going through this and this and that so then I am like maybe this dude is genuine. |
| CS1: | Yeah me too, I messaged him you know. Like you talked to him and he's like . . . . |
| DENNING: | I mean I know that's the cost of doing business. That's happened to me before. Not from that dude but this other there is zero percent chance I mean of this other ███Source 3███ dude no problems. |
| CS1: | Yeah I'm going to hit him up. |
| DENNING: | Especially at four dollars apiece for those. |
| CS1: | Yeah. |
| DENNING: | My home girl orders a hundred of them all the time. But there's this other dude too but he used to charge ten bucks apiece. Now he is down to four. |

> CS1: Well that's what I, that's why I sent you that message. If I would have known she got em I would have got some and said hey pick me up fifty and I'll venmo, venmo you the money.
>
> DENNING: Right, next time, she does it every two months or something. She eats the fuck out of those things. She is hooked on them, she eats them all! She stays up for a fucking week at a time.
>
> CS1: Crazy.

The remaining few minutes of the conversation consisted of CS1 and DENNING discussing corn hole and the tournament.

85.     Based on my training and experience, during this conversation DENNING gave CS1 cornhole bags to make up for CS1 losing money to ▮Source 3▮ DENNING did this because he introduced CS1 to ▮Source 3▮ and vouched for ▮Source 3▮ so CS1 could purchase narcotics. DENNING also explained to CS1 that his "homegirl" also lost money to ▮Source 3▮ and that this has happened to DENNING before but not with this source of narcotics.   DENNING also told CS1 that he had never had issues with ▮Source 2▮ as a supplier.

### Count Six

86.     Based on the foregoing conduct, there is also probable cause to charge Shawn DENNING with conspiracy to possess with the intent to distribute and distribute Schedule II controlled substances. As explained in detail above, DENNING conspired with "▮▮▮▮▮" (▮Source 1▮ "▮▮▮▮▮" (▮Source 2▮ and "▮▮▮▮▮(▮Source 3▮ to distribute controlled substances.

87.     As described above, DENNING not only connected CS1 and others with the suppliers, he sent menus and prices of product to CS1, he vouched for the suppliers to CS1, he told CS1 he would vouch for CS1 to the suppliers so they would do business with CS1, he referenced others he had connected to the suppliers for the sale of drugs, he checked on the status of at least one of the deliveries to CS1, he checked on the quality of the product after the drugs were received,

he sent money to the suppliers, he was waiting for packages from the suppliers himself (as referenced in the Source 3 messages), his girlfriend sent money to the suppliers, he provided CS1 with a thing of value (the cornhole bags) as compensation when the deal fell through with Source 3 because, as DENNING said, it was "bad business" that the deal he set up did not happen, and he committed other acts in furtherance of the conspiracy. In addition, CS1 more than once told DENNING that he would be working with and/or further distributing the drugs to other people.

## CONCLUSION

88.     Based upon the above information, your Affiant submits that there is probable cause to charge Shawn DENNING with the charges set forth above.

89.     The above information is true and correct to the best of my knowledge, information, and belief.

Respectfully submitted,

*/s/ Brian J. Hanley*
BRIAN J. HANLEY
SPECIAL AGENT, DEA

Sworn and subscribed before me, by telephone pursuant to Fed. R. Cim. P. 4.1(b)(2)(A) this 18th day of January 2023.

HONORABLE CYNTHIA REED EDDY
United States Magistrate Judge

